UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
_____ DIVISION

Kimberly A. Hively
(Plaintiff)

vs.

Ivy Tech Community College
South Bend (Defendant).

3:14CV1791

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _Ivy Tech Community College_ for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name: Kimberly A. Hively

Plaintiff's Address: 1112 S. 25th St.
South Bend, IN 46615

Plaintiff's Telephone: 574-232-7986
Defendant's Name: Ivy Tech Community College
Defendant's Address: 220 Dean Johnson Blvd.
South Bend, IN 46601

### II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to:

    ✓ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

1

\_\_\_\_\_ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

__✓__ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on on 28 U.S.C. §§1331 and 1343(a);

\_\_\_\_\_ Other (list): _____

2. Plaintiff __✓__ DID \_\_\_\_\_ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].**

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **RECEIVED** on or about __6/18/14__ (insert date the plaintiff **received** the notice -- in most instances this will not be the same date stamped on the notice). **[Plaintiff should attach a copy of the Notice of Right to Sue to this complaint.]**

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages):

Denied full time employment and promotions based on sexual orientation.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages)

I have been at Ivy Tech Community College working

2

(Facts, continued)

for 14 years. I have ~~ap~~ applied for 6 fulltime positions, having the required Masters Degree and grades, and have either not been interviewed or not been granted ~~per~~ fulltime employment. I have never had a negative evaluation.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I am seeking damages to cover the fulltime pay lost, benefits such as insurance etc lost and pension amounts that would have been provided by the state plus accrued interest. I am asking for monetary damages in the approximate of 1.7 million dollars. This amount may change based on any new evedence not known at this time.

## VI. AFFIRMATION OF PLAINTIFF

I, Kimberly A. Hively, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this ~~complaint and this affidavit will~~ become an official part of the United States District Court files ~~and~~ that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

(Signature of Plaintiff)

8/13/14
(Date)