AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KIMBERLY A HIVELY
       Plaintiff
v.                     **Civil Action No.** 3:14-cv-1791

IVY TECH COMMUNITY COLLEGE, South Bend
       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:    The plaintiff's complaint is DISMISSED WITH PREJUDICE in its entirety.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge   Rudy Lozano   on a motion to dismiss _____

DATE: 3/4/2015                           ROBERT TRGOVICH, CLERK OF COURT

                                                    by   /s/R. Covey
                                                     *Signature of Clerk or Deputy Clerk*