```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF INDIANA
                  SOUTH BEND DIVISION

KIMBERLY HIVELY,                    )
                                    )
Plaintiff,                          )
                                    )
vs.                                 ) No. 3:14-cv-1791
                                    )
IVY TECH COMMUNITY COLLEGE,         )
                                    )
Defendant.                          )
```

### ORDER

This matter is before the Court, *sua sponte*, for purposes of transfer and reassignment.

At the time Plaintiff, Kimberly Hively, filed this case, General Order 2012-3 was in effect and provided that "the initial assignment of a presiding judge to any civil case filed in the Northern District of Indiana shall be made on a district-wide basis, without regard to the courthouse or division in which the case is filed." Under this practice, Plaintiff's case was assigned to the undersigned, who is a resident judge in Hammond.

Recently, however, the Northern District of Indiana through General Order 2017-4 has undertaken to randomly reassign all civil cases in the Northern District of Indiana to a United States District Judge then resident in the division in which the case is filed. This General Order was effective May 1, 2017.

There are currently no pending motions in this case, and the Seventh Circuit's mandate dated April 26, 2017, just recently

reversed this Court's order granting dismissal for failure to state a claim, and remanded this case back to this Court.  The case has been reopened.  Plaintiff Kimberly Hively filed this case pro se in the South Bend Division and that division is a more convenient forum for her since she resides there.  (DE #1.)  Defendant, Ivy Tech Community College, is also located in South Bend, Indiana.  (*Id.*)  The reassignment of cases to the division in which they were filed also enhances Court efficiency.  Accordingly, this case will be reassigned to a judge in the South Bend Division.

    For the reasons set forth above, the Court **TRANSFERS** this case to the South Bend Division of the Northern District of Indiana and **DIRECTS** the Clerk to randomly reassign this case to a United States District Judge in that Division.

**DATED: May 2, 2017**           /s/ RUDY LOZANO, Judge
                                 **United States District Court**