UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY A. HIVELY<br><br>    Plaintiff,<br><br>v.<br><br>IVY TECH COMMUNITY COLLEGE,<br><br>    Defendant. | CAUSE NO. 3:14-CV-1791-JD-MGG |

## JOINT MOTION FOR LEAVE

Plaintiff Kimberly Hively and Defendant Ivy Tech Community College jointly file this motion for leave to take the deposition of non-party Beth Green after the discovery deadline, but not to move the discovery deadline. Ms. Green's deposition is the last one set in the case. The discovery deadline is now June 11, 2018. The schedule in this case has been previously extended and the Court has admonished the parties to avoid seeking further extensions. The parties do not seek an extension now, but rather ask that they be permitted to depose a single non-party witness on June 20, 2018, nine days after the current deadline. Availability on that date has now been confirmed by the non-party witness and both parties.

Ms. Green's deposition was originally set for May 15th, but due to a tragedy in her family, was reset to May 30th. Attorney Dan Pfeifer had been set to take this deposition for Plaintiff on both May 15th and then May 30th, and Adam Bartrom for Defendant. An issue arose regarding the timing of the deposition on May 30th and the deposition was reset for June 4th, but Mr. Pfeifer and his co-counsel, Ms. Healey, are unavailable that day. Ms. Healey also currently has a medical issue that limits her ability to travel at this time. Rather than enmesh the Court in these scheduling challenges, the parties instead compromised by agreeing to jointly ask for leave

to complete Ms. Green's deposition on June 20, 2018, shortly after the present discovery deadline. All other scheduled depositions have been completed and Ms. Green is the last deposition currently outstanding.

## **CONCLUSION AND PRAYER**

The parties request the Court enter an order that the deposition of non-party Beth Green may be completed after the June 11, 2018 discovery deadline at a time and place as agreed by Counsel and the witness and otherwise in accordance with the Court's scheduling orders.

Date: May 31, 2018                               Respectfully submitted,

                                               **PFEIFER, MORGAN & STESIAK**

                                               **/s/Daniel H. Pfeifer**
                                               Daniel H. Pfeifer
                                               dpfeifer@pilawyers.com
                                               53600 North Ironwood Road
                                               South Bend, IN 46635
                                               Telephone: 574-272-2870
                                               Facsimile: 574-271-4329

                                             **FISH & RICHARDSON P.C.**

                                               **/s/ Danielle J. Healey**
                                               Danielle J. Healey
                                               healey@fr.com
                                               TBA No. 09327980
                                               Karrie E. Wheatley
                                               wheatley@fr.com
                                               TBA No. 24098605
                                               Raisa Ahmad
                                               ahmad@fr.com
                                               TBA No. 24101437
                                               1221 McKinney Street, Suite 2800
                                               Houston, Texas 77010
                                               Telephone: 713-654-5300
                                               Facsimile: 713-652-0109

                                               ATTORNEYS FOR PLAINTIFF

                                             **BARNES & THORNBURG LLP**

                                             **/s/Jason T. Clagg**
                                               Jason T. Clagg
                                               jason.clagg@btlaw.com
                                               Adam L. Bartrom
                                               adam.bartrom@btlaw.com
                                               888 South Harrison Street, Suite 600
                                               Fort Wayne, IN 46802
                                               Telephone: 260-423-9440
                                               Facsimile: 260-424-8316

                                               ATTORNEYS FOR DEFENDANT