UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY A. HIVELY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CAUSE NO. 3:14-CV-1791-JD-MGG |
| | ) |
| IVY TECH COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## JOINT MEDIATION SUMMARY STATEMENT

The Parties, Plaintiff Kimberly Hively and Defendant Ivy Tech Community College, mediated on July 25, 2018, before Judge Nuechterlein in South Bend, Indiana, and settled the case. Appropriate papers to document the settlement and remove the case from the Court's docket are now being prepared.

| | |
|---|---|
| Attorneys for<br>Plaintiff Kimberly Hively | Attorneys for<br>Defendant Ivy Tech Community College |
| By:   /s/ *Danielle J. Healey*<br>   Danielle J. Healey<br>   healey@fr.com<br>   TBA No. 09327980<br>   Karrie E. Wheatley<br>   wheatley@fr.com<br>   TBA No. 24098605<br>   Raisa Ahmad<br>   ahmad@fr.com<br>   TBA No. 24101437<br>   1221 McKinney Street, Suite 2800<br>   Houston, Texas 77010<br>   Telephone:  713-654-5300<br>   Facsimile:  713-652-0109<br><br>   Daniel H. Pfeifer<br>   dpfeifer@pilawyers.com<br>   53600 North Ironwood Road<br>   South Bend, IN 46635<br>   Telephone: 574-272-2870<br>   Facsimile: 574-271-4329<br>   Ivy Tech Community College | By:   /s/ *Adam L. Bartrom*<br>   Jason T. Clagg<br>   jason.clagg@btlaw.com<br>   Adam L. Bartrom<br>   adam.bartrom@btlaw.com<br>   Barnes & Thornburg LLP<br>   888 South Harrison Street, Suite 600<br>   Fort Wayne, IN 46802<br>   Telephone: 260-423-9440<br>   Facsimile: 260-424-8316 |