UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KIMBERLY A. HIVELY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:14-cv-01791-JD-MGG |
| IVY TECH COMMUNITY COLLEGE, | ) ) ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties hereby stipulate that any and all claims asserted by Plaintiff Kimberly A. Hively against Defendant be dismissed with prejudice. The parties further stipulate that costs and fees shall be borne by the respective parties.

*s/ Daniel H. Pfeifer*
Danielle J. Healey (TBA #09327980)
(healey@fr.com)
Karrie H. Wheatley (TBA #24098605)
(wheatley@fr.com)
Raisa Ahmad (TBA #24101437)
(ahmad@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX  77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

Daniel H. Pfeifer
(dpfeifer@pilawyers.com)
PFEIFER MORGAN & STESIAK
53600 North Ironwood Road
South Bend, IN  46635
Telephone:  (574) 272-2870
Facsimile:  (574) 271-4329

ATTORNEYS FOR PLAINTIFF

*s/ Adam L. Bartrom*
Jason T. Clagg (#24123-02)
(jason.clagg@btlaw.com)
Adam L. Bartrom (#27019-02)
(adam.bartrom@btlaw.com)
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN  46802
Telephone:     (260) 423-9440
Facsimile:     (260) 424-8316

ATTORNEYS FOR DEFENDANT

DMS 13156737v1